IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DARYL G. FERGUSON,

    Plaintiff,

vs.                                                    CASE NO. 4:07CV549-RH/AK

DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

_____/


## REPORT AND RECOMMENDATION

Plaintiff filed the complaint in this cause on December 27, 2007, (doc. 1), and was ordered to file an amended complaint on the proper court forms on or before February 11, 2008. (Doc. 4). The order concerning the amended complaint was returned as undeliverable, with the notation that Plaintiff had been released and had a free world address. (Doc. 5). The order was re-mailed to this address, and it, too, was returned as undeliverable. (Doc. 6). At this point, the Court has no valid address for Plaintiff and has had no further contact from him since December 2007.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Plaintiff is responsible for keeping the Court informed of his current address, and he has failed to do this. The Court cannot communicate with Plaintiff about his

lawsuit and at present there is no viable complaint and no motion for IFP or filing fee has been paid.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 7th Day of March, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:07CV549-RH/AK