IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARYL G. FERGUSON,

      Plaintiff,

v.                                            CASE NO. 4:07cv549-RH/AK

DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 11th day of April, 2008.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge